# EXHIBIT 1
# to Complaint

CONFIDENTIAL BINDING TERM SHEET

[Attached to Motion For Leave to File Under Seal]