# OIN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| BRIDGER TANKER, LLC, a Montana limited liability company,  Plaintiff,  vs.  10 TANKER AIR CARRIER, LLC, a Nevada limited liability company, et al.,  Defendants. | No. 2:23-cv-00025-BMM-JTJ  **ORDER GRANTING MOTION TO FILE UNDER SEAL DOCUMENTS SUPPORTING MOTION FOR EXPEDITED PROCEEDINGS ON CLAIM FOR DECLARATORY RELIEF** |

Upon Plaintiff Bridger Tanker, LLC's ("Bridger") Unopposed Motion to File Under Seal Documents Supporting Motion for Expedited Proceedings on Claim for Declaratory Relief (the "Motion"), and for compelling reasons shown, the Court GRANTS the Motion. The unredacted Brief in Support of Motion for Expedited Proceedings on Claim for Declaratory Judgment ("Brief") and the unredacted Exhibit 1, Exhibit 2 and Exhibit 3 to the Brief (the "Exhibits") shall remain sealed on the electronic docket.

The Brief and Exhibits contain information covered by the parties' Confidentiality Agreement dated January 21, 2022 between Bridger and 10 Tanker, which prohibits the parties from publishing, disclosing or allowing disclosure to others of confidential information related to the proposed acquisition,

which is the subject of the above-captioned litigation. Specifically, the Brief and Exhibits contain information regarding the structure of the prospective transaction and other terms related to the prospective transaction between 10 Tanker and Bridger, the escrow deposit price, and/or information revealed during the due diligence period. This information, if in the hands of another prospective purchaser or seller, could be used to gain a competitive advantage in negotiations with Defendants or Bridger. The protection of this sensitive business information is a compelling reason for the Court to grant leave to seal the Brief and the Exhibits.

      Dated this 12th day of June, 2023.

_____
John Johnston
United States Magistrate Judge