# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| BRIDGER TANKER, LLC, a Montana limited liability company, | No. 2:23-cv-00025-BMM-JTJ |
| Plaintiff, | |
| vs. | **ORDER GRANTING MOTION TO FILE UNDER SEAL BRIDGER TANKER, LLC'S, BRIEF IN OPPOSITION TO DEFENDANTS' COMBINED MOTION TO DISMISS, TRANSFER, OR STAY** |
| 10 TANKER AIR CARRIER, LLC, a Nevada limited liability company, 10 TANKER AIR CARRIER HOLDINGS, LLC, a Nevada limited liability company, BC AIRCRAFT LEASING HOLDINGS, LLC, a Nevada limited liability company, 10 TANKER-STC HOLDINGS, LLC, a Nevada limited liability company, | |
| Defendants. | |

Upon Plaintiff Bridger Tanker, LLC's ("Bridger") Unopposed Motion to File Under Seal an unredacted version of the Brief in Opposition to Defendants' Combined Motion to Dismiss, Transfer, or Stay (the "Brief"), and for compelling reasons shown, the Court GRANTS the Motion. The unredacted Brief shall remain sealed on the electronic docket.

Dated this 26th day of June, 2023.

_____
Brian Morris, Chief District Judge
United States District Court