IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| BRIDGER TANKER, LLC, a Montana limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>10 TANKER AIR CARRIER, LLC, a Nevada limited liability company, 10 TANKER AIR CARRIER HOLDINGS, LLC, a Nevada limited liability company, BC AIRCRAFT LEASING HOLDINGS, LLC, a Nevada limited liability company, 10 TANKER-STC HOLDINGS, LLC, a Nevada limited liability company,<br><br>Defendants. | CV 23-25-BU-JTJ<br><br>ORDER |

The Court conducted a hearing on all pending motions on September 20, 2023. For the reasons stated in open court,

IT IS HEREBY ORDERED:

1. Defendants' Motion to Dismiss Plaintiff's Complaint in its Entirety (Doc. 14-1) is DENIED.

2. Defendants' Motion to Dismiss Plaintiff's Claim for Breach of the Implied Covenant of Good Faith and Fair Dealing (Doc. 14-2) is DENIED. Plaintiff has pleaded a plausible claim for breach of the implied covenant of good

faith and fair dealing under Delaware law. Defendants may file a motion for summary judgment with respect to this claim upon completion of discovery, if appropriate.

3. Defendants' Motion to Transfer this Case to the United States District Court for the District of Delaware (Doc. 14-3) is DENIED.

4. Defendants' Motion to Stay this Case Pending Resolution of the Related Case in the United States District Court for the District of Delaware (Doc. 14-4) is DENIED.

5. Plaintiff's Motion for Expedited Proceedings on its Claim for Declaratory Relief (Doc. 25) is WITHDRAWN.

DATED this 25th day of September, 2023.

John Johnston
United States Magistrate Judge