# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| BRIDGER TANKER, LLC, a Montana limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>10 TANKER AIR CARRIER, LLC, a Nevada limited liability company, 10 TANKER AIR CARRIER HOLDINGS, LLC, a Nevada limited liability company, BC AIRCRAFT LEASING HOLDINGS, LLC, a Nevada limited liability company, 10 TANKER-STC HOLDINGS, LLC, a Nevada limited liability company,<br><br>Defendants. | Case No. 2:23-cv-00025-JTJ<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO REDACT HEARING TRANSCRIPT** |

Upon Defendants' Unopposed Motion to Redact Hearing Transcript, and good cause appearing, IT IS ORDERED that Defendants' Motion is GRANTED. Defendants may instruct the court reporter to redact the dollar amount listed at lines 44:1, 44:12, and 44:14 of the September 20, 2023 hearing transcript before it becomes available to the public through PACER. *See* Doc. 64.

DATED this 27th day of November, 2023.

_____
John Johnston
United States Magistrate Judge