Brianne C. McClafferty
Holland & Hart LLP
401 North 31st Street, Suite 1500
P. O. Box 639
Billings, Montana  59103-0639
Telephone:  (406) 252-2166
Fax:  (406) 252-1669
*Email:  bcmcclafferty@hollandhart.com*

Matthew J. Smith *(Pro hac vice admission)*
Holland & Hart LLP
555 17th Street, Suite 3200
Denver, Colorado 80202
Telephone: (303) 295-8539
Fax: (303) 479-9424
*Email: mjsmith@hollandhart.com*

ATTORNEYS FOR PLAINTIFF

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BUTTE DIVISION

| | |
|---|---|
| BRIDGER TANKER, LLC, a Montana limited liability company, | No. 2:23-cv-00025-BMM-JTJ |
| Plaintiff, | |
| vs. | **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| 10 TANKER AIR CARRIER, LLC, a Nevada limited liability company, 10 TANKER AIR CARRIER HOLDINGS, LLC, a Nevada limited liability company, BC AIRCRAFT LEASING HOLDINGS, LLC, a Nevada limited liability company, 10 TANKER-STC HOLDINGS, LLC, a Nevada limited liability company, | |
| Defendants. | |

Plaintiff Bridger Tanker, LLC and Defendants 10 Tanker Air Carrier, LLC; 10 Tanker Air Carrier Holdings, LLC; BC Aircraft Leasing Holdings, LLC; and 10 Tanker-STC Holdings, LLC (collectively, the "Parties), submit this Joint Stipulation for Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). The Parties hereby stipulate that this matter shall be dismissed with prejudice, each party to bear its own fees and costs.

Dated this 30th day of November, 2023.

/s/ Brianne C. McClafferty
Brianne C. McClafferty
Holland & Hart LLP

Matthew J. Smith, *Pro Hac Vice Admission*
Holland & Hart LLP

ATTORNEYS FOR PLAINTIFF

/s/ Ian McIntosh
Ian McIntosh
Crowley Fleck PLLP

ATTORNEYS FOR DEFENDANTS

2