# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BUTTE DIVISION

| | |
|---|---|
| BRIDGER TANKER, LLC, a Montana limited liability company,<br><br>    Plaintiff,<br><br>vs.<br><br>10 TANKER AIR CARRIER, LLC, a Nevada limited liability company, 10 TANKER AIR CARRIER HOLDINGS, LLC, a Nevada limited liability company, BC AIRCRAFT LEASING HOLDINGS, LLC, a Nevada limited liability company, 10 TANKER-STC HOLDINGS, LLC, a Nevada limited liability company,<br><br>    Defendants. | No. 2:23-cv-00025-BMM-JTJ<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

THIS MATTER came before the Court on the parties' Joint Stipulation for Dismissal with Prejudice and the Court, having reviewed and being fully advised in the premises,

IT IS HEREBY ORDERED that this matter is dismissed with prejudice. Each party shall bear its own costs and fees.

Dated this _____ day of _____, 2023.

_____
The Honorable John T. Johnson
United States District Court Magistrate

30987596_v1

2